Case 16-10019-TPA    Doc 57    Filed 02/02/16    Entered 02/02/16 15:37:34    Desc Main
Document    Page 1 of 1

FILED
2/2/16 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
CONNEAUT LAKE VOLUNTEER FIRE : Case No. 16-10019 TPA
DEPARTMENT OF CONNEAUT LAKE : Chapter 11
BOROUGH AND SADSBURY :
TOWNSHIP :
    *Debtor* :
     : Related to Document No. 54

## ORDER DISMISSING PLEADING

*AND NOW*, this **2nd** day of ***February, 2016***, it is hereby **ORDERED** that the pleading entitled ***Consent to the Notified Hearing and Motion Set to Occur ("Consent")***, filed at Document No. 54, in the above-captioned case by Carrot-Top Industries, Inc., is **DISMISSED** because it was filed by a non-attorney and violates the e-filing requirements. Artificial legal entities, including Corporations, may only be represented by an attorney authorized to practice in this Court.

It is **FURTHER ORDERED** that the dismissal is without prejudice, and a ***Consent*** to the *Court's Order* dated January 21, 2016 may be filed by an Attorney admitted to practice in this Court. At this time, no sanction will be imposed for failure to comply with the Court's e-filing requirements.

                                Thomas P. Agresti, Judge
                                United States Bankruptcy Court

Case Administrator to serve:
    Carrot-Top Industries, Inc.
    328 Elizabeth Brady Road
    Hillsborough, NC 27278
    Attn: Heather L. Pendegraft, A/R Spec.

Debtor
Counsel for Debtor
Chapter 13 Trustee