**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-10019** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2016**          X **/s/ George Zeljak**
                                             Signature of individual signing on behalf of debtor

                                             **George Zeljak**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-10019** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:     Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $        **2,137,614.50**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................   $          **258,225.01**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................   $        **2,395,839.51**

---

**Part 2:     Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................   $        **2,262,655.99**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................   $          **34,663.65**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............................   +$          **56,341.92**

4. **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b          $        **2,353,661.56**

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-10019** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$11,793.00** |

| | | |
|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | |
| | Name of institution (bank or brokerage firm)          Type of account | Last 4 digits of account number |
| 4. | **Other cash equivalents** *(Identify all)* | |

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | **$11,793.00** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Conneaut Lake Volunteer Fire Department of**<br>**Conneaut Lake Borough and Sadsbury Township** | Case number *(If known)* | **16-10019** |
| --- | --- | --- | --- |
| | Name | | |

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Food and Beverage**<br>**Inventory**<br>**\*\*Summary available**<br>**upon request** | | $0.00 | Recent cost | $9,021.85 |
| | **Liquor Inventory** | | $0.00 | Recent cost | $4,555.16 |

| 23. | **Total of Part 5.** | | $13,577.01 |
| --- | --- | --- | --- |
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | Case number *(If known)* **16-10019** |
|---|---|---|
| | Name | |

| **Office Furniture** **\*\*Summary available upon request** | $0.00 | Comparable sale | $6,565.00 |
|---|---|---|---|

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| **Lexmark Copier** **(Leased)** | $0.00 | | $0.00 |
|---|---|---|---|

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $6,565.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **1998 Pierce Fire Truck** | $0.00 | Comparable sale | $75,000.00 |
|---|---|---|---|---|
| 47.2. | **1990 Pierce Rescue Truck** | $0.00 | Comparable sale | $75,000.00 |
| 47.3. | **1983 Pierce Pumper Tanker** | $0.00 | Comparable sale | $30,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **Kitchen Equipment** **\*\*Summary available upon request** | $0.00 | Comparable sale | $31,290.00 |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | Case number *(If known)* | **16-10019** |
|---|---|---|---|
| | Name | | |

| 51. | **Total of Part 8.** | | **$211,290.00** |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **11877 Conneaut Lake Road (Station 3) Conneaut Lake PA 16316**<br><br>**Parcel ID: 4404-54-55-56**<br><br>**2008 Appraisal by Mercer County State Bank.  Value contingent on Debtor obtaining own appraisal.** | Fee simple | $0.00 | Appraisal | $1,970,000.00 |
| 55.2.  **10877 State Highway 18 Conneaut Lake PA 16316**<br><br>**Parcel ID: 4403-53-A-2**<br><br>**\*\*Blanket liens with Internal Revenue Service, Mercer County State Bank, PA Department of Labor and Industry and PA Emergency Managment Agency\*\*** | Fee simple | $0.00 | Tax records | $158,000.00 |

| Debtor | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | | | Case number *(If known)* **16-10019** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **Vacant Lot**<br>**Conneaut Lake PA**<br><br>**Parcel ID: 4407-15-29**<br><br>**Owned jointly with the Relief Association of Conneaut Lake Borough and Sadsbury Township and the Conneaut Lake Park Volunteer Fire Department**<br><br>**\*\*Blanket liens with Internal Revenue Service, Mercer County State Bank, PA Department of Labor and Industry\*\*** | Fee simple | $0.00 | Tax records | $214.50 |
| 55.4. | **Vacant Lot**<br>**Conneaut Lake PA**<br><br>**Parcel ID: 4407-57**<br><br>**\*\*Blanket liens with Internal Revenue Service, Mercer County State Bank, PA Department of Labor and Industry and PA Emergency Management Agency** | Fee simple | $0.00 | Tax records | $650.00 |
| 55.5. | **Vacant Lot**<br>**Conneaut Lake PA**<br><br>**Parcel ID: 2101-26**<br><br>**Jointly owned with the Relief Association of Conneaut Lake Borough and Sadsbury Township**<br><br>**\*\*Blanket liens with Internal Revenue Service, Mercer County State Bank, PA Department of Labor and Industry** | Fee simple | $0.00 | Tax records | $1,350.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township**

_____
Name

Case number *(If known)*  **16-10019**

_____

| | | | |
|---|---|---|---|
| 55.6. | **Vacant Lot Conneaut Lake PA** **Parcel ID: 2101-29** **\*\*Blanket liens with Internal Revenue Service, Mercer County State Bank, PA Department of Labor and Industry** | Fee simple | $0.00 | $2,000.00 |
| 55.7. | **Vacant Lot Conneaut Lake PA** **Parcel ID: 4407-52 and 4407-53** **\*\*Blanket liens with Internal Revenue Service, Mercer County State Bank, PA Department of Labor and Industry and PA Emergency Management Agency** | Fee simple | $0.00 | Tax records | $5,400.00 |

| | |
|---|---|
| 56. **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $2,137,614.50 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | Case number *(If known)* | **16-10019** |
| | Name | | |

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

        **Liquor License**                                                                           $15,000.00

─────────────────────────────────────────────────────────────────────────────

78.     **Total of Part 11.**                                                          $15,000.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Conneaut Lake Volunteer Fire Department of** | Case number *(If known)* **16-10019** |
|---|---|---|
| | **Conneaut Lake Borough and Sadsbury Township** | |
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$11,793.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$13,577.01** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,565.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$211,290.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | **$2,137,614.50** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$15,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$258,225.01** + 91b. | **$2,137,614.50** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$2,395,839.51** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-10019** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Conneaut Lake Joint Municipal**
Creditor's Name

Describe debtor's property that is subject to a lien

**11877 Conneaut Lake Road (Station 3) Conneaut Lake PA 16316**

**Parcel ID: 4404-54-55-56**

**2008 Appraisal by Mercer County State Bank. Value contingent on Debtor obtaining own appraisal.**

| | **$1,372.80** | **$1,970,000.00** |
|---|---|---|

**PO Box 277
Conneaut Lake, PA 16316**
Creditor's mailing address

Describe the lien
**Municipal Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8000**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Conneaut Lake Joint Municipal**
**2. Internal Revenue Service**
**3. Mercer County State Bank**
**4. PA Department of Labor and Industry**
**5. PA Emergency Management Agency**

**2.2** | **Conneaut Lake Joint Municipal**

Describe debtor's property that is subject to a lien

| | **$1,643.20** | **$5,400.00** |
|---|---|---|

Official Form 206D | Schedule D: Creditors Who Have Claims Secured by Property | page 1 of 6

| Debtor | **Conneaut Lake Volunteer Fire Department of** | Case number (if know) | **16-10019** |
|---|---|---|---|
| | **Conneaut Lake Borough and Sadsbury Township** | | |
| | Name | | |

Creditor's Name

**Vacant Lot**
**Conneaut Lake PA**

**Parcel ID: 4407-52 and 4407-53**

**\*\*Blanket liens with Internal Revenue Service, Mercer County State Bank, PA Department of Labor and Industry and PA Emergency Management Agency**

**PO Box 277**
**Conneaut Lake, PA 16316**

Creditor's mailing address

Describe the lien
**Municipal Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2015**
Last 4 digits of account number
**5234**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First National Bank of PA** | Describe debtor's property that is subject to a lien | $26,354.32 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**1990 Pierce Rescue Truck**

**3220 East State Street**
**Hermitage, PA 16148**

Creditor's mailing address

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5060**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $240,453.06 | $1,970,000.00 |
|---|---|---|---|---|

Creditor's Name

**11877 Conneaut Lake Road (Station 3)**
**Conneaut Lake PA 16316**

**Parcel ID: 4404-54-55-56**

**Insolvency Unit**
**PO Box 628**
**Pittsburgh, PA 15230**

**2008 Appraisal by Mercer County State Bank. Value contingent on Debtor obtaining own appraisal.**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | Case number (if know) | **16-10019** |
| --- | --- | --- | --- |
| | Name | | |

Creditor's mailing address

**Describe the lien**
**Tax Lien Federal**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Mercer County State Bank** | Describe debtor's property that is subject to a lien | $1,646,992.86 | $1,970,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **11877 Conneaut Lake Road (Station 3)** **Conneaut Lake PA 16316** | | |

**Parcel ID: 4404-54-55-56**

**3279 South Main Street**
**Box 38**
**Sandy Lake, PA 16145**

**2008 Appraisal by Mercer County State Bank. Value contingent on Debtor obtaining own appraisal.**

Creditor's mailing address

**Describe the lien**
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2/2008**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Michael & Amy Gregg** | Describe debtor's property that is subject to a lien | $120,121.00 | $75,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **1998 Pierce Fire Truck** | | |

**20599 Morrell Street**
**Meadville, PA 16335**

Creditor's mailing address

**Describe the lien**
**Auto Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Conneaut Lake Volunteer Fire Department of** | Case number (*if know*) | **16-10019** |
| | **Conneaut Lake Borough and Sadsbury Township** | | |
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | **PA Department of Labor and Industry** | Describe debtor's property that is subject to a lien | $34,472.00 | $1,970,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **11877 Conneaut Lake Road (Station 3) Conneaut Lake PA 16316** | | |

**Parcel ID: 4404-54-55-56**

**Attn: Joe Kots**
**625 Cherry Street**
**Room 203**
**Reading, PA 19602**

**2008 Appraisal by Mercer County State Bank. Value contingent on Debtor obtaining own appraisal.**

Creditor's mailing address

Describe the lien
**Back Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1554**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.8 | **PA Emergency Management Agency** | Describe debtor's property that is subject to a lien | $70,000.00 | $1,970,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **11877 Conneaut Lake Road (Station 3) Conneaut Lake PA 16316** | | |

**Office of Comptroller Operations**
**Special Accounting Division**
**PO Box 2739**
**Harrisburg, PA 17105**

**Parcel ID: 4404-54-55-56**

**2008 Appraisal by Mercer County State Bank. Value contingent on Debtor obtaining own appraisal.**

Creditor's mailing address

Describe the lien
**Subordinated Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2002**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | Case number (if know) | **16-10019** |
|---|---|---|---|
| | Name | | |

☐ No
■ **Yes. Specify each creditor, including this creditor and its relative priority.**
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.9 | **PNC Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**10877 State Highway 18**
**Conneaut Lake PA 16316**

**Parcel ID: 4403-53-A-2**

**\*\*Blanket liens with Internal Revenue Service, Mercer County State Bank, PA Department of Labor and Industry and PA Emergency Managment Agency\*\***

$120,698.45          $158,000.00

**Attn: Bankruptcy**
**2730 Liberty Avenue**
**Pittsburgh, PA 15222**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2525**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.1 0 | **US Bank Equipment Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Lexmark Copier**
**(Leased)**

$548.30          $0.00

**PO Box 790448**
**Saint Louis, MO 63179**
Creditor's mailing address

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9156**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,262,655.99** |
|---|---|---|

| Debtor | **Conneaut Lake Volunteer Fire Department of** | Case number (if know) | **16-10019** |
| | **Conneaut Lake Borough and Sadsbury Township** | | |
| | Name | | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Bernstein-Burkley PC** | | |
| **707 Grant Street** | Line  __2.5__ | |
| **Suite 2200 Gulf Tower** | | |
| **Pittsburgh, PA 15219** | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 6 of 6

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-10019** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**PA Department of Labor and Industry**<br>**Attn: Joe Kots**<br>**625 Cherry Street**<br>**Room 203**<br>**Reading, PA 19602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,472.00** | **$6,794.33** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unemployment Compensation** | | |
| | Last 4 digits of account number **1554** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**PA Department of Revenue**<br>**Bankruptcy Division**<br>**PO Box 280946**<br>**Harrisburg, PA 17128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$191.65** | **$19.26** |
| | Date or dates debt was incurred<br>**2014 - 2015** | Basis for the claim:<br>**Witholding Sales** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    41490    Best Case Bankruptcy

| Debtor | **Conneaut Lake Volunteer Fire Department of** | Case number *(if known)* | **16-10019** |
|---|---|---|---|
| | **Conneaut Lake Borough and Sadsbury Township** | | |
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.40** |
|---|---|---|
| **Aqua Pennsylvania Inc** | ☐ Contingent | |
| **762 West Lancaster Avenue** | ☐ Unliquidated | |
| **Bryn Mawr, PA 19010** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Past Utility Bills** | |
| Last 4 digits of account number  **8246** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.50** |
|---|---|---|
| **Armstrong Cable Services, Inc.** | ☐ Contingent | |
| **1141 Lafayette Street** | ☐ Unliquidated | |
| **Medina, OH 44256** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Past Utility Bills** | |
| Last 4 digits of account number  **1901** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,319.00** |
|---|---|---|
| **Armstrong Cable Services, Inc.** | ☐ Contingent | |
| **1141 Lafayette Street** | ☐ Unliquidated | |
| **Medina, OH 44256** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Past Utility Bills** | |
| Last 4 digits of account number  **9401** | Is the claim subject to offset? ☐ No  ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$849.02** |
|---|---|---|
| **Armstrong Cable Services, Inc.** | ☐ Contingent | |
| **1141 Lafayette Street** | ☐ Unliquidated | |
| **Medina, OH 44256** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Past Utility Bills** | |
| Last 4 digits of account number  **4201** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.28** |
|---|---|---|
| **Bank of America** | ☐ Contingent | |
| **100 North Tryon Street** | ☐ Unliquidated | |
| **Charlotte, NC 28255** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Credit card purchases for business expenses** | |
| Last 4 digits of account number  **4747** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,535.54** |
|---|---|---|
| **Bank of America** | ☐ Contingent | |
| **100 North Tryon Street** | ☐ Unliquidated | |
| **Charlotte, NC 28255** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Credit card purchases for household supplies** | |
| Last 4 digits of account number  **9705** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.94** |
|---|---|---|
| **Carrot-Top Industries Inc** | ☐ Contingent | |
| **328 Elizabeth Brady Road** | ☐ Unliquidated | |
| **PO Box 820** | ☐ Disputed | |
| **Hillsborough, NC 27278** | Basis for the claim:  **Business Expenes** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **5632** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Conneaut Lake Volunteer Fire Department of** | | Case number (if known) | **16-10019** |
|---|---|---|---|---|
| | **Conneaut Lake Borough and Sadsbury Township** | | | |
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.05 |
|---|---|---|---|

**DeSantis Solutions**
**100 Mead Avenue**
**Meadville, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expenses**

Last 4 digits of account number  **2500**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**First Energy**
**Revenue Assurance**
**1310 Fairmont Avenue**
**Fairmont, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Utility Bills**

Last 4 digits of account number  **6664**

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.66 |
|---|---|---|---|

**First Energy**
**Revenue Assurance**
**1310 Fairmont Avenue**
**Fairmont, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Utility Bills**

Last 4 digits of account number  **1427**

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,866.68 |
|---|---|---|---|

**First Energy**
**Revenue Assurance**
**1310 Fairmont Avenue**
**Fairmont, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Utility Bills**

Last 4 digits of account number  **8530**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.07 |
|---|---|---|---|

**Guardian Protection Services**
**174 Thorn Hill Road**
**Warrendale, PA 15086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Services**

Last 4 digits of account number  **3356**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.14 |
|---|---|---|---|

**Guardian Protection Services**
**174 Thorn Hill Road**
**Warrendale, PA 15086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Services**

Last 4 digits of account number  **0503**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,088.83 |
|---|---|---|---|

**Lancaster Bingo Company**
**PO Box 668**
**Lancaster, OH 43130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expenses**

Last 4 digits of account number  **4041**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Conneaut Lake Volunteer Fire Department of** | Case number (if known) | **16-10019** |
|---|---|---|---|
| | **Conneaut Lake Borough and Sadsbury Township** | | |
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,521.65** |
|---|---|---|---|
| | **National Fuel** | ☐ Contingent | |
| | **1100 State Street** | ☐ Unliquidated | |
| | **Erie, PA 16501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Past Utility Bills** | |
| | Last 4 digits of account number  **2005** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$713.60** |
|---|---|---|---|
| | **National Fuel** | ☐ Contingent | |
| | **1100 State Street** | ☐ Unliquidated | |
| | **Erie, PA 16501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Past Utility Bills** | |
| | Last 4 digits of account number  **8503** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,002.82** |
|---|---|---|---|
| | **Reinhart Food Service** | ☐ Contingent | |
| | **226 East View Drive** | ☐ Unliquidated | |
| | **Mount Pleasant, PA 15666** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Food Expenses** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Richard and Jannette Williams** | ☐ Contingent | |
| | **11725 East First Street** | ☐ Unliquidated | |
| | **Conneaut Lake, PA 16316** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money Loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |
|---|---|---|---|
| | **Seelinger Services Inc** | ☐ Contingent | |
| | **3324 Ellsworth Avenue** | ☐ Unliquidated | |
| | **Erie, PA 16508** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Expenses** | |
| | Last 4 digits of account number  **2292** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,452.95** |
|---|---|---|---|
| | **Synchrony Bank / Sams Club** | ☐ Contingent | |
| | **Attention: Bankruptcy** | ☐ Unliquidated | |
| | **PO Box 103106** | ☐ Disputed | |
| | **Roswell, GA 30076** | Basis for the claim:  **Credit card purchases for business expenses** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **4369** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$227.89** |
|---|---|---|---|
| | **The Meadville Tribune** | ☐ Contingent | |
| | **947 Federal Court** | ☐ Unliquidated | |
| | **Meadville, PA 16335** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Newspaper** | |
| | Last 4 digits of account number  **8140** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Conneaut Lake Volunteer Fire Department of** | Case number (if known) | **16-10019** |
|---|---|---|---|
| | **Conneaut Lake Borough and Sadsbury Township** | | |
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.66 |
|---|---|---|---|
| | **Tri - County Industries, Inc.** | ☐ Contingent | |
| | **159 TCI Park Drive** | ☐ Unliquidated | |
| | **Grove City, PA 16127** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Past Utility Bills** | |
| | Last 4 digits of account number **2012** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.53 |
|---|---|---|---|
| | **Tri - County Industries, Inc.** | ☐ Contingent | |
| | **159 TCI Park Drive** | ☐ Unliquidated | |
| | **Grove City, PA 16127** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Past Utility Bills** | |
| | Last 4 digits of account number **2014** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.71 |
|---|---|---|---|
| | **Utz Quality Foods Inc** | ☐ Contingent | |
| | **900 High Street** | ☐ Unliquidated | |
| | **Hanover, PA 17331** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Food Expenses** | |
| | Last 4 digits of account number **523** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LTD Financial Services LP** **7322 Southwest Freeway** **Suite 1600** **Houston, TX 77074** | Line **3.5** ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 34,663.65 |
| 5b. Total claims from Part 2 | 5b. + | $ | 56,341.92 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 91,005.57 |

**Fill in this information to identify the case:**

Debtor name  **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **16-10019**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Prepaid lease for office space** | |
| State the term remaining    **Paid Ahead to February 2022** | **Relief Association of Conneaut Lake Borough and Sadsbury Township 11877 Conneaut Lake Road Conneaut Lake, PA 16316** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Lexmark Copier** | |
| State the term remaining    **Expired** | **US Bank Equipment Finance PO Box 790448 Saint Louis, MO 63179** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-10019** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Mike & Jada Betts** | **PO Box 5258 Conneaut Lake, PA 16316** | **Richard and Jannette Williams** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known) **16-10019**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$794,876.99** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$1,172,166.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Conneaut Lake Volunteer Fire Department of Conneaut**          Case number (if known) **16-10019**
          **Lake Borough and Sadsbury Township**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **US Foods Inc**<br>**9399 West Higgins Road**<br>**Suite 500**<br>**Des Plaines, IL 60018** | **November 3, 2015 - December 22, 2015** | **$27,959.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Sherry Distributors Inc**<br>**812 Water Street**<br>**Meadville, PA 16335** | **October 12, 2015 - January 11, 2016** | **$21,428.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **C.A. Curtze Co**<br>**1717 East 12th Street**<br>**Erie, PA 16512** | **October 13, 2015 - December 22, 2015** | **$13,463.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Pittsburgh Seafoods Inc**<br>**350 Seco Road**<br>**Monroeville, PA 15146** | **October 13, 2015 - December 22, 2015** | **$10,112.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Lancaster Bingo Company**<br>**PO Box 668**<br>**Lancaster, OH 43130** | **October 19, 2015 - December 28, 2015** | **$10,072.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Small games of chance** |
| 3.6. **Reinhart Food Service**<br>**226 East View Drive**<br>**Mount Pleasant, PA 15666** | **October 13, 2015 - October 29, 2015** | **$9,335.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **First Energy**<br>**Revenue Assurance**<br>**1310 Fairmont Avenue**<br>**Fairmont, WV 26554** | **October 15, 2015 - December 15, 2015** | **$8,721.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
     List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
     or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount
     may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
     listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Debtor    **Conneaut Lake Volunteer Fire Department of Conneaut**
**Lake Borough and Sadsbury Township**    Case number *(if known)* **16-10019**

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Mercer County State Bank vs. Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township, and the United States of America** **AD 2015 762** | **Civil** | **Court of Common Pleas of Crawford County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Debtor    **Conneaut Lake Volunteer Fire Department of Conneaut**    Case number *(if known)*  **16-10019**
**Lake Borough and Sadsbury Township**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | Prepetition Legal Fees - $3,550.00<br>Prepetition Expenses - $343.70<br>Filing Fee - $1,717.00 | | |
| | **Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335** | **Balance of $24,389.30 held in IOLTA account towards post-petition legal fees and costs with court approval** | **November 2015 - January 2016** | **$30,000.00** |
| | Email or website address<br>**dan@mrdebtbuster.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

Debtor  **Conneaut Lake Volunteer Fire Department of Conneaut**   Case number *(if known)* **16-10019**
**Lake Borough and Sadsbury Township**

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

| Debtor | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | Case number *(if known)*  **16-10019** |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Relief Association of Conneaut Lake Borough and Sadsbury Township 11877 Conneaut Lake Road Conneaut Lake, PA 16316** | **11877 Conneaut Lake Road Conneaut Lake, PA 16316** | **Firefighting Equipment and Apparatus** | $125,363.40 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **Conneaut Lake Volunteer Fire Department of Conneaut**
**Lake Borough and Sadsbury Township**                          Case number *(if known)*  **16-10019**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Hill Barth & King LLC** **15942 Conneaut Lake Road** **Conneaut Lake, PA 16316** | **1996 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Mercer County State Bank** **3279 South Main Street** **Box 38** **Sandy Lake, PA 16145** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Chris Saeger** | | **Member of the Board of Directors** | **2012 - December 2015** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Debtor | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | Case number *(if known)* | **16-10019** |

☐ No

■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mike Betts** <br> **PO Box 5258** <br> **Conneaut Lake, PA 16316** | **54,600** | **January 1, 2015 - December 31, 2015** | **Wages** |
|  | **Relationship to debtor** <br> **Member of Board of Directors** | | | |
| 30.2. | **Jada Betts** <br> **PO Box 5258** <br> **Conneaut Lake, PA 16316** | **54,600** | **January 1, 2015 - December 31, 2015** | **Wages** |
|  | **Relationship to debtor** <br> **Member of Board of Directors** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2016**

**/s/ George Zeljak**                                              **George Zeljak**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township**

_____  Case No.  **16-10019**
Debtor(s)                        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................  $ _____ **30,000.00**

Prior to the filing of this statement I have received ......................................  $ _____ **30,000.00**

Balance Due ....................................................................................................  $ _____ **0.00**

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**The $30,000.00 received was applied as follows: $3,550.00 prepetition legal fees, $1,717.00 for Court filing fee, $343.70 prepetition expenses and a retainer for post-petition legal fees and services in the amount of $24,389.03. Debtor has agreed to pay $250.00 an hour for attorney services and $75.00 an hour for paralegal services plus all expenses.  The Debtor will be charged for legal services on an hourly basis.  Applications for Compensation and Approval of Expenses will be filed with the Court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 10, 2016**                      **/s/ Daniel P. Foster**
_____            _____
_Date_                                     **Daniel P. Foster 92376**
                                           _Signature of Attorney_
                                           **Foster Law Offices**
                                           **PO Box 966**
                                           **Meadville, PA 16335**
                                           **814.724.1165  Fax: 814.724.1158**
                                           **dan@mrdebtbuster.com**
                                           _Name of law firm_

# United States Bankruptcy Court
### Western District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township** | Case No. | **16-10019** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __**February 10, 2016**__          Signature __**/s/ George Zeljak**__
                                                          **George Zeljak**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Western District of Pennsylvania

In re    **Conneaut Lake Volunteer Fire Department of Conneaut Lake Borough and Sadsbury Township**

          Debtor(s)

Case No.   **16-10019**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 10, 2016**

**/s/ George Zeljak**

**George Zeljak**/President
Signer/Title