## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Conneaut Lake Volunteer Fire** | : | **Case No. 16-10019-TPA** |
| **Department of Conneaut Lake** | : | |
| **Borough and Sadsbury Township,** | : | |
| Debtor, | : | |
| | : | **Chapter 11** |
| **Conneaut Lake Volunteer Fire** | : | |
| **Department of Conneaut Lake** | : | |
| **Borough and Sadsbury Township,** | : | |
| Movant, | : | **Document No.** |
| | : | |
| Vs | : | |
| | : | |
| **No Respondent.** | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Application Seeking an Order Appointing Counsel to the Debtor, filed on January 15, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than February 11, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: February 12, 2016

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor